# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>**Plaintiff,**<br><br>v.<br><br>**DREXEL UNIVERSITY, DAVID S. BROWN, ROGER KURTZ, and JUHWON LEE,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25CV2103** |

### O R D E R

**AND NOW**, this 11th day of June, 2025, upon receipt of Plaintiff Marilyn Gaye Piety Foley's First Amended Complaint (ECF No. 12), it is **HEREBY ORDERED** that Defendants' Motion to Dismiss and Strike Plaintiff's Complaint (ECF No. 8) is **DENIED AS MOOT**.

                              **BY THE COURT:**

                              **S/ WENDY BEETLESTONE**
                              _____
                              **WENDY BEETLESTONE, J.**