IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff,<br><br>v.<br><br>**DREXEL UNIVERSITY, DAVID S. BROWN, ROGER KURTZ, and JUHWON LEE,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br><br>**NO. 25CV2103** |

## O R D E R

**AND NOW**, this 25th day of June, 2025, upon receipt of a joint letter from the Parties indicating their interest in conducting a settlement conference, it is **HEREBY ORDERED** that this matter is **REFERRED** to Magistrate Judge Scott W. Reid for a settlement conference. On or before **July 2, 2025**, counsel for the parties **SHALL CONTACT** Magistrate Judge Reid to schedule a settlement conference.

BY THE COURT:


S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, J.