**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DREXEL UNIVERSITY, DAVID S.**<br>**BROWN, ROGER KURTZ, and JUHWON**<br>**LEE,**<br>**Defendants.** | **NO.  25CV2103** |

## O R D E R

    **AND NOW**, this 3rd day of December 2025, upon consideration of Defendant Drexel

University's Motion for a Protective Order (ECF Nos. 29 & 34) and Plaintiff Piety Foley's

Response in Opposition thereto (ECF No. 30), the Motion is **GRANTED** as follows:

1. **IT IS HEREBY ORDERED** that:

    a.  Piety Foley's Amended Topic 3 shall be limited to: "(1) The complaints (via complaint to OED/EIC, complaint to PHRC and/or EEOC, or in a federal or state court) against Drexel College of Arts and Sciences faculty from January 1, 2021 through the present for allegedly violating Drexel rules, policies, procedures, practices, and/or customs, and/or federal or Pennsylvania or Philadelphia law, regarding retaliation against employees who engage in protected activity regarding illegal discrimination; and, (2) the complaints (via formal internal complaint) against Drexel College of Arts and Sciences faculty from January 1, 2022 through the present for allegedly violating Drexel rules, policies, procedures, practices, and/or customs, and/or federal or Pennsylvania or Philadelphia law, regarding retaliation against employees who engage in protected activity regarding illegal discrimination."

    b.  Piety Foley's Amended Topic 4 shall be limited to: "The external review described in the 'Summary Report of External Title VI Review: Non-Discrimination Practices & Speech Policies' limited to the subject of 'Barriers to Reporting,' which is set forth as a section in the Summary Report (second page) sent to Drexel employees on or about February 17, 2025, and excluding any attorney–client privileged information or attorney work product."

    c.  Piety Foley's Amended Topic 12 shall be limited to: "Drexel's refusal, up to the time of service of the Complaint in this instant case, to settle the previous litigation with Dr. Piety (22-cv-1777) unless she terminated her employment with

Drexel, excluding any attorney–client privileged information or attorney work product."

In all other respects, Defendant Drexel University's Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*S/* **WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**