**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DREXEL UNIVERSITY, DAVID S. BROWN, and ROGER KURTZ,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25CV2103** |

**ORDER**

**AND NOW**, this 4th day of August, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 49, 70), and Plaintiff's opposition thereto (ECF Nos. 65, 75), **IT IS HEREBY ORDERED** that said Motion is **DENIED**. An order scheduling the above-captioned matter for trial will follow.

**BY THE COURT:**

____S/ Wendy Beetlestone__________
**WENDY BEETLESTONE, C.J.**